**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                                    Case No. 19-12431

BP OF HOWELL, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 29) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants Canton Petro, Inc., Charaf Oil, Inc., East Side Petro & Mini Mart, Inc., and MG 2017, LLC, in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant Canton Petro, Inc., in the amount of $63,639.97.

2. Plaintiff shall receive a judgment against Defendant Charaf Oil, Inc., in the amount of $63,639.97.

3. Plaintiff shall receive a judgment against Defendant East Side Petro & Mini Mart, Inc., in the amount of $63,639.97.

4. Plaintiff shall receive a judgment against Defendant MG 2017, LLC, in the amount of $63,639.97.

Dated: January 3, 2020

                                       DAVID J. WEAVER
                                 CLERK OF THE COURT

                            S/Lisa Wagner
                            By: Case Manager and Deputy Clerk to
                                 Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-12431.OUTLAW.Judgment.RMK.docx